

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00581-CV

In the **INTEREST OF J.R.L.** III, a Child

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29690
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Corrina B., bear all costs of this appeal.

SIGNED September 18, 2013.

_____
Luz Elena D. Chapa, Justice